IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY HOBBS,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5523

Opinion filed March 3, 2015.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Tony Hobbs, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED. See Powell v. Dep't of Corr., 727 So. 2d 1103 (Fla. 1st DCA 1999).

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.